James Robert TODD, alias Jack Todd, Appellant

v.

STATE, Appellee.

No. 26890.

Court of Criminal Appeals of Texas.

March 31, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for aggravated assault; the punishment, 90 days in jail and a fine of $100.

Appellant has filed an affidavit in proper form requesting that the appeal be dismissed.

The request is granted and the appeal is dismissed.